CAPITOL TOBACCO COMPANY,
Appellant,

v.

R. J. REYNOLDS TOBACCO COMPANY,
American Tobacco Company and Brown
& Williamson Tobacco Corporation, Appellees.

No. 19250.

United States Court of Appeals
Fifth Circuit.

April 4, 1962.

Arnold S. Kaye, Schell, Kaye & Nodvin, Atlanta, Ga., for appellant.

Charles H. Kirbo, M. H. Blackshear, Jr., Atlanta, Ga., King & Spaulding, Atlanta, Ga., for appellees.

Before TUTTLE, Chief Judge, and JONES and GEWIN, Circuit Judges.

PER CURIAM.

The district court applied in this cause the rule that creditors who have secured voidable preferences from an insolvent debtor may become petitioners in an involuntary bankruptcy proceeding upon a surrender of their preferences. We approve the decision and the judgment of the district court is

Affirmed.